

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
UNITED STATES DISTRICT JUDGE
4000 UNITED STATES COURTHOUSE
INDEPENDENCE MALL
PHILADELPHIA, PENNSYLVANIA 19106

CHAMBERS OF
JUDGE JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE

(267) 299-7340

April 27, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D.C. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock:

Enclosed is an original and three copies of my Financial Disclosure Report for Calendar Year 2008. In accordance with your letter dated April 20, 2009, I am transmitting this report as an amended report dated April 27, 2009. I have provided the information requested in Columns D(1)-(3), in Part VII, page 4, lines 8 and 9, page 7, lines 57-61 and page 8, line 81.

Thank you for your attention.

Sincerely,

JHS:cmc
Enclosure

Slomsky_Joel_H

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Slomsky, Joel H. | 2. Court or Organization  Eastern District of Pennsylvania | 3. Date of Report  04/27/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge-active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  United States Courthouse 601 Market Street Philadelphia, Pennsylvania 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. sole proprietor | Joel Harvey Slomsky, Esquire |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Joel Harvey Slomsky, Esquire, 401(k) Profit Sharing Plan, control |
| 2. 2008 | Joel Harvey Slomsky, Esquire, Defined Benefit Pension Plan, control |
| 3. | |

U.S. DISTRICT COURT OFFICE 2009 MAY -1 A 11: 06 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Joel Harvey Slomsky, Esquire--Law Firm | $352,290.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | ▮▮▮▮▮▮▮▮▮▮-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Dividend | L | T | | | | | |
| 2. -Vanguard Wellington Fund | | | | | | | | | |
| 3. -Vanguard Star Fund | | | | | | | | | |
| 4. IRA #2 | B | Interest | K | T | | | | | |
| 5. --E*Trade Bank Cash Account | | | | | Closed | 11/3 | J | A | |
| 6. --E*Trade Bank (CD) | | | | | Matured | 11/3 | K | B | |
| 7. --E-Trade Bank (CD) | | | | | Matured | 9/21 | K | | |
| 8. --First Merchants Bank NA (CD) | | | | | Buy | 11/04 | K | | |
| 9. --Morgan Stanley Bank (CD) | | | | | Buy | 11/04 | K | | |
| 10. 401(k) Profit Sharing Plan | E | Int./Div. | P1 | T | | | | | |
| 11. --American Fund-Capital Income Builder | | | | | Sold | 6/19 | K | A | |
| 12. --Ivy Asset Strategy Fund | | | | | | | | | |
| 13. --Vanguard Wellington Fund | | | | | | | | | |
| 14. --Vanguard Star Fund | | | | | | | | | |
| 15. --U.S. Treasury Strip | | | | | | | | | |
| 16. --Israel State Bond | | | | | | | | | |
| 17. --America's Bank (CD) | | | | | Matured | 10/27 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --Banco Popular (CD) | | | | | Matured | 6/26 | J | A | |
| 19.   --Banco Popular (CD) | | | | | | | | | |
| 20.   --Banco Popular (CD) | | | | | | | | | |
| 21.   --Bank of the Ozarks (CD) | | | | | | | | | |
| 22.   --Cleveland State Bank (CD) | | | | | | | | | |
| 23.   --Discover Bank (CD) | | | | | Matured | 7/17 | K | B | |
| 24.   --Discover Bank (CD) | | | | | | | | | |
| 25.   --East West Bank (CD) | | | | | | | | | |
| 26.   --Farmers and Merchants Bank (CD) | | | | | | | | | |
| 27.   --Foundations Bank (CD) | | | | | | | | | |
| 28.   --First National Bank (CD) | | | | | | | | | |
| 29.   --LaSalle Bank NA (CD) | | | | | Matured | 6/13 | K | B | |
| 30.   --Magnet Bank (CD) | | | | | | | | | |
| 31.   --Paragon National Bank (CD) | | | | | | | | | |
| 32.   --Select Bank (CD) | | | | | Matured | 6/20 | K | A | |
| 33.   --Washington Mutual Bank (CD) | | | | | Matured | 6/12 | K | A | |
| 34.   --Citizens Bank (CD) | | | | | Matured | 8/8 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Citizens Bank (CD) | | | | | Matured | 8/21 | K | A | |
| 36.   --Fidelity Money Market Account | | | | | | | | | |
| 37.   --Main Street Bank (CD) | | | | | Matured | 5/23 | K | C | |
| 38.   --FirstBank Puerto Rico (CD) | | | | | Matured | 4/18 | J | A | |
| 39.   --FirstBank Puerto Rico (CD) | | | | | Matured | 3/8 | K | | |
| 40.   --Columbian Bank & Trust Company (CD) | | | | | Matured | 3/31 | J | A | |
| 41.   --Washington Mutual Bank (CD) | | | | | Matured | 11/1 | J | | |
| 42.   --Lehman Brothers Bank (CD) | | | | | Matured | 4/28 | J | A | |
| 43.   --GMAC Bank (CD) | | | | | Matured | 3/31 | L | B | |
| 44.   --Flagstar Bank (CD) | | | | | Matured | 4/13 | L | | |
| 45.   --Lord Albert Mid-Cap Value Fund | | | | | Sold | 1/2 | K | A | |
| 46.   --Alger Mid-Cap Growth Fund | | | | | Sold | 1/22 | K | A | |
| 47.   --Federated Market Opportunity Fund | | | | | Sold | 2/27 | K | | |
| 48.   --Federal National Mortgage Association Bond | | | | | Redeemed | 11/9 | M | | |
| 49.   --Federal National Mortgage Association Bond | | | | | Redeemed | 12/3 | M | | |
| 50.   --Federal Home Loan Mortgage Corporation Bond | | | | | Redeemed | 5/15 | M | | |
| 51.   --Citizens Bank (CD) | | | | | Matured | 5/8 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Bank Clark County (CD) | | | | | | | | | |
| 53. --Mercantile Bank (CD) | | | | | | | | | |
| 54. --Vanguard Intermediate Term Index Bond Fund | | | | | | | | | |
| 55. --Vanguard Wellington Fund | | | | | | | | | |
| 56. --Vanguard Star Fund | | | | | | | | | |
| 57. --Capital One Bank USA (CD) | | | | | Buy | 9/9 | K | | |
| 58. --First Merchants Bank NA (CD) | | | | | Buy | 11/4 | K | | |
| 59. --Morgan Stanley Bank NA (CD) | | | | | Buy | 11/4 | K | | |
| 60. --First Commercial Bank FL (CD) | | | | | Buy | 9/9 | K | | |
| 61. --GMAC Bank (CD) | | | | | Buy | 9/9 | K | | |
| 62. --America Fund-Capital Income Builder | | | | | | | | | |
| 63. Defined Benefit Pension Plan | D | Interest | N | T | | | | | |
| 64. --Century Bank (CD) | | | | | Matured | 9/8 | K | A | |
| 65. --Concord Bank (CD) | | | | | | | | | |
| 66. --Cowlitz Bank (CD) | | | | | | | | | |
| 67. --Discover Bank (CD) | | | | | | | | | |
| 68. --Discover Bank (CD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --First National Bank (CD) | | | | | | | | | |
| 70.   --Magnet Bank (CD) | | | | | | | | | |
| 71.   --Merrill Lynch Bank (CD) | | | | | Matured | 8/21 | K | | |
| 72.   --Fidelity Money Market Account | | | | | | | | | |
| 73.   --GMAC Automotive Bank (CD) | | | | | Matured | 3/31 | J | A | |
| 74.   --Western Bank (CD) | | | | | Matured | 2/15 | L | B | |
| 75.   --Bank of Baroda NY (CD) | | | | | Matured | 1/22 | L | B | |
| 76.   --Lehman Brother Bank (CD) | | | | | Matured | 9/4 | L | | |
| 77.   --Washington Mutual Bank (CD) | | | | | Matured | 8/30 | J | | |
| 78.   --Merrill Lynch Bank and Trust Co. (CD) | | | . | | Matured | 6/26 | K | B | |
| 79.   --Bank North (CD) | | | | | | | | | |
| 80.   --Mercantile Bank (CD) | | | | | | | | | |
| 81.   --First Commercial Bank Fl (CD) | | | | | Buy | 9/9 | K | | |
| 82.   Flexible Annuity Plan | A | Int./Div. | L | T | | | | | |
| 83.   --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 84.   --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 85.   --Mutual of America General Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 04/27/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   --Mutual of America Composite Fund | | | | | Sold | 2/28 | L | A | |
| 87.   ----Mutual of America Money Market Fund | | | | | Sold | 2/28 | K | A | |
| 88.   Tax Deferred Annuity | A | Int./Div. | N | T | | | | | |
| 89.   --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 90.   --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 91.   --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 92.   --Mutual of America Composite Fund | | | | | Sold | 2/28 | M | A | |
| 93.   --Mutual of America Money Market Fund | | | | | Sold | 2/28 | M | C | |
| 94.   PNC Bank Money Market Account | | None | | | Closed | 4/23 | M | | |
| 95.   Citizens Bank Money Market Account (Y) | | | | | | | | | |
| 96.   Sovereign Bank Money Market Account | A | Interest | | | Closed | 1/16 | M | A | |
| 97.   Citizens Bank Money Market Account | A | Interest | | | Closed | 3/27 | L | A | |
| 98.   PNC Bank Money Market Account | B | Interest | M | T | | | | | |
| 99.   PNC Bank Money Market IOLTA Account | | None | | | Closed | 10/8 | J | | |
| 100.  Citizens Bank Select Money Market Account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 99, Columns B-1 and D-4 were left blank because the account at PNC Bank was an IOLTA account. The interest earned on this account was sent by the Bank directly to the IOLTA Board under rules of the Pennsylvania Supreme Court. There is no income and no financial gain to a lawyer for maintaining an IOLTA account while practicing law.

Lines 7, 39, 41, 44, 47, 48, 49, 50, 51, 71, 76, 77 and 94 are left blank in Column D-4 because the Cds matured in 2007 and the Bank Account (line 94) was closed in 2007. These items were reported on the prior AO-10 form because, as a nominee, I was required to report investments starting January 1, 2007. Since these assets were terminated in 2007, there was no gain during the 2008 reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10
Rev. 1/2008 | | Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

| 1. Person Reporting (last name, first, middle initial)<br><br>Slomsky, Joel H. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>03/16/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>601 Market Street<br>Philadelphia, Pennsylvania 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. sole proprietor | Joel Harvey Slomsky, Esquire |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | Joel Harvey Slomsky, Esquire, 401(k) Profit Sharing Plan, control |
| 2. 2008 | Joel Harvey Slomsky, Esquire, Defined Benefit Pension Plan, control |
| 3. | |

RECEIVED 2009 MAR 26 A 11:01 DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Joel Harvey Slomsky, Esquire--Law Firm | $352,290.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | ██████████████████-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Dividend | L | T | | | | | |
| 2. -Vanguard Wellington Fund | | | | | | | | | |
| 3. -Vanguard Star Fund | | | | | | | | | |
| 4. IRA #2 | B | Interest | K | T | | | | | |
| 5. --E*Trade Bank Cash Account | | | | | Closed | 11/3 | J | A | |
| 6. --E*Trade Bank (CD) | | | | | Matured | 11/3 | K | B | |
| 7. --E-Trade Bank (CD) | | | | | Matured | 9/21 | K | | |
| 8. --First Merchants Bank NA (CD) | | | | | | | | | |
| 9. --Morgan Stanley Bank (CD) | | | | | | | | | |
| 10. 401(k) Profit Sharing Plan | E | Int./Div. | P1 | T | | | | | |
| 11. --American Fund-Capital Income Builder | | | | | Sold | 6/19 | K | A | |
| 12. --Ivy Asset Strategy Fund | | | | | | | | | |
| 13. --Vanguard Wellington Fund | | | | | | | | | |
| 14. --Vanguard Star Fund | | | | | | | | | |
| 15. --U.S. Treasury Strip | | | | | | | | | |
| 16. --Israel State Bond | | | | | | | | | |
| 17. --America's Bank (CD) | | | | | Matured | 10/27 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Banco Popular (CD) | | | | | Matured | 6/26 | J | A | |
| 19. --Banco Popular (CD) | | | | | | | | | |
| 20. --Banco Popular (CD) | | | | | | | | | |
| 21. --Bank of the Ozarks (CD) | | | | | | | | | |
| 22. --Cleveland State Bank (CD) | | | | | | | | | |
| 23. --Discover Bank (CD) | | | | | Matured | 7/17 | K | B | |
| 24. --Discover Bank (CD) | | | | | | | | | |
| 25. --East West Bank (CD) | | | | | | | | | |
| 26. --Farmers and Merchants Bank (CD) | | | | | | | | | |
| 27. --Foundations Bank (CD) | | | | | | | | | |
| 28. --First National Bank (CD) | | | | | | | | | |
| 29. --LaSalle Bank NA (CD) | | | | | Matured | 6/13 | K | B | |
| 30. --Magnet Bank (CD) | | | | | | | | | |
| 31. --Paragon National Bank (CD) | | | | | | | | | |
| 32. --Select Bank (CD) | | | | | Matured | 6/20 | K | A | |
| 33. --Washington Mutual Bank (CD) | | | | | Matured | 6/12 | K | A | |
| 34. --Citizens Bank (CD) | | | | | Matured | 8/8 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Citizens Bank (CD) | | | | | Matured | 8/21 | K | A | |
| 36. --Fidelity Money Market Account | | | | | | | | | |
| 37. --Main Street Bank (CD) | | | | | Matured | 5/23 | K | C | |
| 38. --FirstBank Puerto Rico (CD) | | | | | Matured | 4/18 | J | A | |
| 39. --FirstBank Puerto Rico (CD) | | | | | Matured | 3/8 | K | | |
| 40. --Columbian Bank & Trust Company (CD) | | | | | Matured | 3/31 | J | A | |
| 41. --Washington Mutual Bank (CD) | | | | | Matured | 11/1 | J | | |
| 42. --Lehman Brothers Bank (CD) | | | | | Matured | 4/28 | J | A | |
| 43. --GMAC Bank (CD) | | | | | Matured | 3/31 | L | B | |
| 44. --Flagstar Bank (CD) | | | | | Matured | 4/13 | L | | |
| 45. --Lord Albert Mid-Cap Value Fund | | | | | Sold | 1/2 | K | A | |
| 46. --Alger Mid-Cap Growth Fund | | | | | Sold | 1/22 | K | A | |
| 47. --Federated Market Opportunity Fund | | | | | Sold | 2/27 | K | | |
| 48. --Federal National Mortgage Association Bond | | | | | Redeemed | 11/9 | M | | |
| 49. --Federal National Mortgage Association Bond | | | | | Redeemed | 12/3 | M | | |
| 50. --Federal Home Loan Mortgage Corporation Bond | | | | | Redeemed | 5/15 | M | | |
| 51. --Citizens Bank (CD) | | | | | Matured | 5/8 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-69 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Bank Clark County (CD) | | | | | | | | | |
| 53. --Mercantile Bank (CD) | | | | | | | | | |
| 54. --Vanguard Intermediate Term Index Bond Fund | | | | | | | | | |
| 55. --Vanguard Wellington Fund | | | | | | | | | |
| 56. --Vanguard Star Fund | | | | | | | | | |
| 57. --Capital One Bank USA (CD) | | | | | | | | | |
| 58. --First Merchants Bank NA (CD) | | | | | | | | | |
| 59. --Morgan Stanley Bank NA (CD) | | | | | | | | | |
| 60. --First Commercial Bank FL (CD) | | | | | | | | | |
| 61. --GMAC Bank (CD) | | | | | | | | | |
| 62. --America Fund-Capital Income Builder | | | | | | | | | |
| 63. Defined Benefit Pension Plan | D | Interest | N | T | | | | | |
| 64. --Century Bank (CD) | | | | | Matured | 9/8 | K | A | |
| 65. --Concord Bank (CD) | | | | | | | | | |
| 66. --Cowlitz Bank (CD) | | | | | | | | | |
| 67. --Discover Bank (CD) | | | | | | | | | |
| 68. --Discover Bank (CD) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --First National Bank (CD) | | | | | | | | | |
| 70. --Magnet Bank (CD) | | | | | | | | | |
| 71. --Merrill Lynch Bank (CD) | | | | | Matured | 8/21 | K | | |
| 72. --Fidelity Money Market Account | | | | | | | | | |
| 73. --GMAC Automotive Bank (CD) | | | | | Matured | 3/31 | J | A | |
| 74. --Western Bank (CD) | | | | | Matured | 2/15 | L | B | |
| 75. --Bank of Baroda NY (CD) | | | | | Matured | 1/22 | L | B | |
| 76. --Lehman Brother Bank (CD) | | | | | Matured | 9/4 | L | | |
| 77. --Washington Mutual Bank (CD) | | | | | Matured | 8/30 | J | | |
| 78. --Merrill Lynch Bank and Trust Co. (CD) | | | | | Matured | 6/26 | K | B | |
| 79. --Bank North (CD) | | | | | | | | | |
| 80. --Mercantile Bank (CD) | | | | | | | | | |
| 81. --First Commercial Bank Fl (CD) | | | | | | | | | |
| 82. Flexible Annuity Plan | A | Int./Div. | L | T | | | | | |
| 83. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 84. --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 85. --Mutual of America General Account | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Mutual of America Composite Fund | | | | | Sold | 2/28 | L | A | |
| 87. ----Mutual of America Money Market Fund | | | | | Sold | 2/28 | K | A | |
| 88. Tax Deferred Annuity | A | Int./Div. | N | T | | | | | |
| 89. --Mutual of America Conservative Allocation Fund | | | | | | | | | |
| 90. --Mutual of America Moderate Allocation Fund | | | | | | | | | |
| 91. --Mutual of America Interest Accumulation Account | | | | | | | | | |
| 92. --Mutual of America Composite Fund | | | | | Sold | 2/28 | M | A | |
| 93. --Mutual of America Money Market Fund | | | | | Sold | 2/28 | M | C | |
| 94. PNC Bank Money Market Account | | None | | | Closed | 4/23 | M | | |
| 95. Citizens Bank Money Market Account (Y) | | | | | | | | | |
| 96. Sovereign Bank Money Market Account | A | Interest | | | Closed | 1/16 | M | A | |
| 97. Citizens Bank Money Market Account | A | Interest | | | Closed | 3/27 | L | A | |
| 98. PNC Bank Money Market Account | B | Interest | M | T | | | | | |
| 99. PNC Bank Money Market IOLTA Account | | None | | | Closed | 10/8 | J | | |
| 100. Citizens Bank Select Money Market Account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Slomsky, Joel H. | 03/16/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 99, Columns B-1 and D-4 were left blank because the account at PNC Bank was an IOLTA account. The interest earned on this account was sent by the Bank directly to the IOLTA Board under rules of the Pennsylvania Supreme Court. There is no income and no financial gain to a lawyer for maintaining an IOLTA account while practicing law.

Lines 7, 39, 41, 44, 47, 48, 49, 50, 51, 71, 76, 77 and 94 are left blank in Column D-4 because the Cds matured in 2007 and the Bank Account (line 94) was closed in 2007. These items were reported on the prior AO-10 form because, as a nominee, I was required to report investments starting January 1, 2007. Since these assets were terminated in 2007, there was no gain during the 2008 reporting period.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544